

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00074-CV

Stacey **SCOTT**,
Appellant

v.

Larry **FURROW** and Keller Williams Legacy Group,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1125-CV
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Tracia Lee has filed a motion to withdraw as Appellant Stacey Scott's counsel. The motion complies with Texas Rule of Appellate Procedure 6.5. We ORDER Tracia Lee to immediately inform appellant that her appellant's brief is due June 29, 2015, and that appellant may seek an extension of that deadline. We GRANT Tracia Lee's motion to withdraw.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court